UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOEL LOPEZ-MEDINA, <br><br> Defendant. | Case No. 95-CR-0461-RSH <br><br> JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: 10/7/25

*Robert S. Huie*

HON. ROBERT S. HUIE
United States District Judge